# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3087

_____

Radu Rasidescu,                                    *
                                                   *
                Appellant,                         *
                                                   *    Appeal from the United States
        v.                                         *    District Court for the
                                                   *    District of Minnesota.
University of Minnesota; University of             *
Minnesota Graduate School, Twin                    *    [UNPUBLISHED]
Cities Campus; University of                       *
Minnesota, School of Physics and                   *
Astronomy, Department of Astronomy;                *
Evan Skillman; Leonard Kuhi;                       *
Liliya L.R. Williams,                              *
                                                   *
                Appellees.                         *

_____

Submitted: July 19, 2006
Filed: July 31, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Radu Rasidescu appeals the district court's[1] dismissal of his complaint for lack of subject matter jurisdiction. Reviewing de novo, *see Mosby v. Ligon*, 418 F.3d 927,

---

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

931 (8th Cir. 2005), we conclude that dismissal was proper, because Rasidescu alleged insufficient facts to establish diversity or federal-question jurisdiction. *See* 28 U.S.C. §§ 1331, 1332. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____